# Buchalter Nemer Fields & Younger

A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800, IRVINE, CALIFORNIA 92612
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: D5720-0597
Direct Telephone: (949) 224-6286
E-Mail Address: *sshah@buchalter.com*

July 5, 2005

**VIA FACSIMILE**

Chief Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Facsimile: (415) 522-2140

ORIGINAL FILED

JUL 1 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   *DIRECTV, Inc. v. Allen Pon,* Case No.: CV-04-04129 JL
      United States District Court, Northern District of California

Dear Judge Larson:

This letter is to confirm my conversation of this morning with your career law clerk, Kathleen Campbell, in which we agreed to take the case management conference that was scheduled for Thursday, July 13, 2005 off-calendar, as the above-entitled case has been settled.

The parties are in the process of finalizing the written memorialization of the settlement agreement, and will file a Request for Dismissal upon the receipt of the executed agreement and payment from Defendant Pon.

Yours very truly,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: Sandeep J. Shah

**SO ORDERED**

JAMES LARSON
U.S. MAGISTRATE JUDGE

SJS
cc:   Shawn R. Parr, Esq. (via e-mail)

BNFY 601034v1

Los Angeles • Irvine • San Francisco